Name and address:

Nicholas M. Wajda
11400 West Olympic Boulevard, Suite 200M
Los Angeles, California 90064

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE R. SANCHEZ,<br><br>Plaintiff(s),<br><br>v.<br><br>RADIUS GLOBAL SOLUTIONS, LLC, formerly known as CENTRAL CREDIT SERVICES, LLC,<br><br>Defendant(s), | CASE NUMBER<br><br>5:19-cv-00527<br><br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $400 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Taylor, Alexander J.
*Applicant's Name (Last Name, First Name & Middle Initial)*                             check here if federal government attorney ☐

Sulaiman Law Group, Ltd.
*Firm/Agency Name*

2500 South Highland Avenue                              (630) 575-8181                          (630) 575-8188
Suite 200                                                *Telephone Number*                      *Fax Number*
*Street Address*

Lombard, IL 60148                                                            ataylor@sulaimanlaw.com
*City, State, Zip Code*                                                      *E-mail Address*

**I have been retained to represent the following parties:**

Michelle R. Sanchez                                      ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
                                                         ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| See attached | | |
| | | |
| | | |

G-64 (11/18)       **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***       Page 1 of 3

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:18-cv-09303 | Djagharbekian v. Crosscheck Services, LLC | 10/30/2018 | Granted |
| 2:19-cv-00714 | McClure v. Tate and Kirlin Associates, Inc. | 1/30/2019 | Granted |
| 5:19-cv-00204 | Serna v. The Best Service Company | 1/31/2019 | Pending |
| 2:19-cv-00752 | Ungerman v. First Entertainment Credit Union | 1/31/2019 | Granted |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Has the applicant previously registered as a CM/ECF user in the Central District of California? [X] Yes [ ] No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above? [X] Yes [ ] No

ataylor@sulaimanlaw.com
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

**SECTION II - CERTIFICATION**

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 3/25/2019

Alexander J. Taylor
*Applicant's Name (please type or print)*

*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Wajda, Nicholas M.
*Designee's Name (Last Name, First Name & Middle Initial)*

Wajda Law Group, APC
*Firm/Agency Name*

11400 Olympic Boulevard
Suite 200M
*Street Address*

Los Angeles, California 90064
*City, State, Zip Code*

(310) 997-0471
*Telephone Number*

nick@wajdalawgroup.com
*E-mail Address*

259178
*Designee's California State Bar Number*

(866) 286-8433
*Fax Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated  3/22/2019

Nicholas M. Wajda
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

| Name of Court | Date of Admission | Current Status |
|---|---|---|
| Northern District of Illinois | April 2, 2018 | Active |
| Central District of Illinois | April 17, 2018 | Active |
| Southern District of Illinois | June 13, 2018 | Active |
| Northern District of Indiana | April 9, 2018 | Active |
| Southern District of Indiana | April 12, 2018 | Active |
| District of Colorado | April 3, 2018 | Active |
| Northern District of Texas | August 15, 2018 | Active |
| Eastern District of Michigan | April 17, 2018 | Active |
| Western District of Michigan | April 26, 2018 | Active |
| Eastern District of Wisconsin | April 30, 2018 | Active |
| Western District of Wisconsin | April 26, 2018 | Active |
| Southern District of Texas | May 22, 2018 | Active |
| Northern District of Ohio | September 10, 2018 | Active |
| District of North Dakota | September 13, 2018 | Active |
| Eastern District of Missouri | September 27, 2018 | Active |
| State of Illinois | September 9, 2017 | Active |

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Alexander James Taylor

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/2017 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 8th day of March, 2019.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois