JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE R. SANCHEZ,<br><br>          Plaintiff,<br><br>   vs.<br><br>RADIUS GLOBAL SOLUTIONS, LLC,<br>formerly known as CENTRAL CREDIT<br>SERVICES, LLC,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.  5:19-cv-00527-RGK-SP<br><br>  DISMISSAL ORDER |

ALL PARTIES to the above captioned action having stipulated that the action shall be dismissed in its entirety without prejudice, and the Court having considered the same,

IT IS ORDERED that this action shall be dismissed in its entirety without prejudice. Each party is to bear its own costs.

Dated: August 22, 2019

_____
Hon. R. Gary Klausner
United States District Judge